UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  ) Case No.: 16-55513
Erica Elise Whalen ) Judge: Barbara Ellis-Monro
 ) Chapter: 7
_____ )
Debtor(s)

## Reschedule of Court Meeting

Meeting was scheduled for May 24th at 11am. Please allow to rescheduled for another Date. I am not able to miss the 24th on my job. June 6th is also a conflex with my job schedule. If possible to reschedule for any other time than the 24th of May and 6th of June 2016.

Thank you!

Date: 5-18-16

Signature: Erica E. Whalen

Printed Name: Erica E. Whalen

Address: 4403 Stone Gate Way
East Point, GA 30344

Phone No.: 470-336-9001

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Erica Elise Whalen ) Case No.: 16-55513
) Judge: Barbara Ellis-Monro
) Chapter: 7

Debtor(s).

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 18 day of May, 20 16 I served a copy of Reschedule Court Meeting, which was filed in this bankruptcy matter on the 31 day of March, 20 16.

Mode of service (circle one):  (MAIL)   HAND DELIVER

Name and Address of each party served:
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200  3343 Peachtree Rd. NE
Atl, GA 30326

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 5-18-16    Signature: Erica E. Whalen
Printed Name: Erica E. Whalen
Address: 4403 Stone Gate Way
East Point, GA 30344
Phone: 470-336-9001